# United States District Court
### for the
### Southern District of Mississippi

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

FILED MAR 10 2006 J.T. NOBLIN, CLERK BY ___ DEPUTY

Name of Offender: Angela NICHOLSON

Case Number 3:06cr18TSL-AGN-001
(Original Case No.: WD/TN 2:03cr20022-004)

| | |
|---|---|
| Name of Original Sentencing Judicial Officer: | Honorable J. Daniel Breen, U.S. District Court Judge |
| Name of Judicial Officer Jurisdiction Transferred to: | Honorable Tom S. Lee, SD/MS U.S. District Court Judge |
| Date Jurisdiction Transferred: | December 14, 2005 |
| Date of Original Sentence: | February 12, 2004 |
| Original Offense: | Conspiracy to Manufacture Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Eighteen (18) month custody of the Bureau of Prisons, to be followed by a two (2) year term of supervised release |
| Type of Supervision: | Supervised Release - 2 years   Date Supervision Commenced: December 6, 2004 |

## PETITIONING THE COURT

[ ] To extend the term of supervision for _ years, for a total term of _ years.
[X] To modify the conditions of supervision as follows:

Angela Nicholson will reside at the Community Sanction Center (CSC), Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi for an additional period of **two (2) months**, making the total period residing at the CSC four (4) months.

### CAUSE

This modification is in response to Nicholson's failure to secure an acceptable residence in the Southern District of Mississippi. Angela Nicholson shall make monthly restitution payments and submit Monthly Supervision Reports while residing at the CSC. While a resident of the CSC, Nicholson will abide by all the conditions of Supervised Release and follow the rules of the CSC staff.

Reviewed and Approved:

_Martha S. Gardner_
Martha S. Gardner, Supervising
U.S. Probation Officer
Date: 03/09/06

Respectfully submitted,

by _Chris Counts_
Chris Counts
U.S. Probation Officer
Date: 03/09/06

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

x _____
Signature of Judicial Officer
Date 3/9/06